## PEOPLE v. DEVON.

### No. 20,093; September 28, 1885.

8 Pac. 93.

**Criminal Law—Sending False Telegram.**—A conviction of the crime of sending a false telegram is erroneous, and cannot be sustained, if from the evidence it appears that the defendant had not the slightest idea that he was deceiving the person to whom the message was sent, and that the person to whom the message was sent was not deceived.

APPEAL from Superior Court, San Joaquin County.

J. A. Louttit and S. D. Woods for appellant; E. C. Marshall, attorney general, for respondent.

By the COURT.—The defendant was convicted under section 474, Penal Code, of the crime of willfully sending a false message by telegraph, with the intent to deceive the person named in the information. The testimony clearly shows, without conflict, (1) that the defendant had not the slightest idea he was deceiving the person to whom the message was sent; (2) that the person to whom the message was sent was not deceived.

Judgment and order reversed and cause remanded to the superior court of San Joaquin county for a new trial.

McKee, J., expressed no opinion.